ANDREA M. MILLER, State Bar No. 88992
JAMES C. KEOWEN, State Bar No. 173546
NAGELEY MEREDITH & MILLER, INC.
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 386-8292
Facsimile: (916) 386-8952
amiller@nmlawfirm.com
jimkeowen@nmlawfirm.com

Counsel for SK PM Corp. and Monterey Peninsula Farms, LLC

*Please see continuation sheet for a complete list of the moving parties and their respective counsel*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re: | CASE NO.: 09-29162-D-11 |
| SK FOODS, LP, a California limited partnership, et al., | Chapter 11 |
| Debtors. | |
| BRADLEY D. SHARP, Chapter 11 Trustee, | Adv. Proc. No. 11-02337 |
| | DCN: NMM 1 |
| Plaintiff, | **NOTICE OF HEARING ON DEFENDANTS' MOTION TO STAY ADVERSARY PROCEEDING** |
| v. | |
| SK PM CORPORATION, SSC&L 2007 TRUST, MONTEREY PENINSULA FARMS, LLC, FREDRICK SCOTT SALYER aka SCOTT SALYER in his capacity as trustee of the Scott Salyer Revocable Trust and trustee of the SSC&L 2007 Trust, SCOTT SALYER REVOCABLE TRUST, FAST FALCON, LLC, HENRY JOHN HEATH, AND DOES 1-5, | Date: June 15, 2011<br>Time: 10:00 a.m.<br>Courtroom: 34 |
| Defendants. | |

FILED
May 18, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003501695

# CONTINUATION SHEET: PARTIES
## AND THEIR RESPECTIVE COUNSEL

| | |
|---|---|
| ANDREA M. MILLER, State Bar No. 88992<br>JAMES C. KEOWEN, State Bar No. 173546<br>NAGELEY MEREDITH & MILLER, INC.<br>8001 Folsom Boulevard, Suite 100<br>Sacramento, California 95826<br>Telephone: (916) 386-8292<br>Facsimile: (916) 386-8952<br>amiller@nmlawfirm.com<br>jimkeowen@nmlawfirm.com<br><br>Counsel for SK PM Corp. and Monterey Peninsula Farms, LLC | STEVEN H. FELDERSTEIN, State Bar No. 056978<br>PAUL J. PASCUZZI, State Bar No. 148810<br>TANIA M. MOYRON, State Bar No. 235736<br>FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP<br>400 Capitol Mall, Suite 1450<br>Sacramento, California 95814<br>Telephone: (916) 329-7400<br>Facsimile: (916) 329-7435<br>sfelderstein@ffwplaw.com<br>ppascuzzi@ffwplaw.com<br>tmoyron@ffwplaw.com<br><br>Counsel for Scott Salyer, as trustee of the Scott Salyer Revocable Trust and as trustee of the SSC&L 2007 Trust; the Scott Salyer Revocable Trust; and the SSC&L 2007 Trust |
| MALCOLM S. SEGAL, State Bar No. 075481<br>SEGAL & KIRBY<br>770 L Street, Suite 1440<br>Sacramento, California 95814<br>Telephone: (916) 441-0828<br>Facsimile: (916) 446-6003<br>msegal@segalandkirby.com<br><br>Counsel for Scott Salyer, as trustee of the Scott Salyer Revocable Trust and as trustee of the SSC&L 2007 Trust; the Scott Salyer Revocable Trust; and the SSC&L 2007 Trust | |

|   | **NOTICE OF HEARING ON DEFENDANTS'** |
|---|---|
| 1 | **MOTION TO STAY ADVERSARY PROCEEDING** |
| 2 | |

PLEASE TAKE NOTICE that Defendants Scott Salyer, individually and as trustee of the Scott Salyer Revocable Trust and the SSC&L 2007 Trust, the Scott Salyer Revocable Trust, the SSC&L 2007 Trust, SK PM Corporation, and Monterey Peninsula Farms, LLC, have filed a motion for stay of the above-captioned adversary proceeding pending before this Court (the "Motion").

All of the information contained in the Motion is not set forth in this notice. A copy of the Motion and all supporting papers are a part of the Court's electronic record, which is the official record of the Court, and can be accessed either through the e-CalWebPACER information system (see http://www.caeb.uscourts.gov/ -- subscription required) or is available for inspection at computer terminals (printing is available), which are located at the Office of the Clerk, Suite 3-200, 501 I Street, Sacramento, California. These documents are also available from the Defendants' attorneys upon reasonable request.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

The Motion is filed pursuant to Local Rule of Practice 9014-1 (f) (1). If you do not want the court to approve the Motion, or if you want the court to consider your views on the Motion, then on or before fourteen (14) days prior to the hearing, you or your attorney must:

  a. File with the court a written opposition complying with the requirements of Local Rule of Practice 9014-1 (f) (1) (ii), explaining your position, at 501 I Street, Suite 3-200, Sacramento, California, 95814. If you do not file a written opposition, the court may remove the matter from the calendar and rule on the Motion before the hearing. Simply appearing at the hearing is not sufficient to protect any rights you may have.

  b. If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

  c. You must also mail a copy to:

///

///

-1-

NOTICE OF HEARING ON DEFENDANTS'
MOTION TO STAY ADVERSARY PROCEEDINGS

Paul J. Pascuzzi, Attorney for Defendants
Scott Salyer, individually and as Trustee of the Scott Salyer Revocable Trust, and
the Scott Salyer Revocable Trust
Felderstein Fitzgerald Willoughby & Pascuzzi LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814-4434

Malcolm S. Segal, Attorney for Defendants
Scott Salyer, individually and as Trustee of the Scott Salyer Revocable Trust, and
the Scott Salyer Revocable Trust
Segal & Kirby LLP
770 L Street, Suite 1440
Sacramento, CA 95814

James C. Keowen, Attorney for Defendants
SK PM Corp. and Monterey Peninsula Farms, LLC
Nageley Meredith & Miller, Inc.
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826

And any other party who has filed a request for special notice in this case.

d. Attend the hearing scheduled on June 15, 2011, at 10:00 a.m., at the United States Bankruptcy Court, 501 I Street, Courtroom 34, Sacramento, California, 95814, before the Honorable Robert S. Bardwil, United States Bankruptcy Judge.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the relief requested.

DATED: May 18, 2011

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

/S/ PAUL J. PASCUZZI

PAUL J. PASCUZZI
Counsel for Scott Salyer, as trustee of the Scott Salyer Revocable Trust and as trustee of the SSC&L 2007 Trust; the Scott Salyer Revocable Trust; and the SSC&L 2007 Trust

NAGELEY MEREDITH & MILLER, INC.

/S/ JAMES C. KEOWEN

JAMES C. KEOWEN
Counsel for SK PM Corp. and Monterey Peninsula Farms, LLC

SEGAL & KIRBY LLP

/S/ MALCOLM S. SEGAL

MALCOLM S. SEGAL
Counsel for Scott Salyer, as trustee of the Scott Salyer Revocable Trust and as trustee of the SSC&L 2007 Trust; the Scott Salyer Revocable Trust; and the SSC&L 2007 Trust