2011-02337
FILED
June 03, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003533356

3 PAGES

Gregory C. Nuti (CSBN151754)
 gnuti@schnader.com
Kevin W. Coleman (CSBN 168538)
 kcoleman@schnader.com
Michael M. Carlson (CSBN 88048)
 mcarlson@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for Bradley D. Sharp,
Chapter 11 Trustee

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK FOODS, L.P., a California limited partnership,<br><br>Debtor. | Case No. 09-29162-D-11<br><br>Chapter 11<br><br>Adv. P. No. 11-02337<br><br>DCN: NMM-1 |
| BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>SKPM Corp., Inc., SSC&L 2007 Trust, Monterey Peninsula Farms, LLC, Fredrick Scott Salyer aka Scott Salyer in his capacity as trustee of the Scott Salyer Revocable Trust and trustee of the SSC&L 2007 Trust, Scott Salyer Revocable Trust, Fast Falcon, LLC, Henry John Heath, and Does 1-5,<br><br>Defendants. | **STIPULATION AND ORDER STAYING ADVERSARY PROCEEDING**<br><br>Date: June 15, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 34 |

Plaintiff Bradley D. Sharp ("Trustee"), the duly appointed and acting chapter 11 trustee

for SK Foods, L.P., a California limited partnership, and RHM Industrial/Specialty Foods, Inc.,

RECEIVED
June 01, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003533356

a California corporation, d/b/a Colusa County Canning Co. (together, "Debtors"), on the one hand, and Defendants Fredrick Scott Salyer aka Scott Salyer in his capacity as trustee of the Scott Salyer Revocable Trust and trustee of the SSC&L 2007 Trust, Scott Salyer Revocable Trust, SSC&L 2007 Trust, SK PM Corporation and Monterey Peninsula Farms, LLC (together, Defendants," and together with Trustee, the "Parties"), on the other hand, by and through their respective counsel, hereby stipulate and agree as follows:

1. On May 18, 2011, Defendants filed a motion to stay this action ("Motion to Stay").

2. By this action Trustee seeks to recover SK Foods' equity interest in SK Foods Australia Pty Ltd. ("Cedenco"). Cedenco is subject to liquidation proceedings in Australia which have resulted in its sale ("Australian Liquidation"). Certain decisions in the Australian Liquidation may affect Trustee's need to go forward with this action. Trustee expects those decisions to be made by July 31, 2011. Nothing in this recital binds the Defendants.

In light of the foregoing, the Parties, acting through their counsel of record, do hereby stipulate to the entry of an order as follows:

1. All proceedings in this action will be stayed until July 31, 2011.

2. At the expiration of the stay, the Parties may agree to a continuation of the stay, with the Court's consent. If the Parties do not agree to a continuation of the stay, Defendants may renew their Motion to Stay no later than August 15, 2011, and Trustee will make no argument that the renewed motion is untimely.

///
///
///

3. The Motion to Stay is resolved by this Stipulation and Order, without prejudice.

IT IS SO STIPULATED:

Dated: June 1, 2011               SCHNADER HARRISON SEGAL & LEWIS LLP


/s/ Michael M. Carlson
   Michael M. Carlson
   Attorneys for Bradley D. Sharp,
   Chapter 11 Trustee

Dated: June 1, 2011               FELDERSTEIN FITZGERALD
                                        WILLOUGHBY & PASCUZZI LLP


/s/ Paul J. Pascuzzi
   Paul J. Pascuzzi
   Attorneys for Defendants Scott Salyer, as
   trustee of the Scott Salyer Revocable Trust and
   as trustee of the SSC&L 2007 Trust, the Scott
   Salyer Revocable Trust, and the SSC&L 2007
   Trust

Dated: June 1, 2011               SEGAL & KIRBY LLP


/s/ Malcolm S. Segal
   Malcolm S. Segal
   Attorneys for Defendants Scott Salyer, as
   trustee of the Scott Salyer Revocable Trust
   and as trustee of the SSC&L 2007 Trust,
   the Scott Salyer Revocable Trust, and the
   SSC&L 2007 Trust

Dated: June 1, 2011               NAGELEY MEREDITH & MILLER, INC.


/s/ James C. Keowen
   James C. Keowen

   Attorneys for Defendants SK PM Corp. and
   Monterey Peninsula Farms, LLC

IT IS SO ORDERED.

Dated: June 03, 2011

_____
Robert S. Bardwil, Judge
United States Bankruptcy Court