FILED
August 05, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003685259

[3]

DEAN M. GLOSTER, State Bar No. 109313
MARK D. PETERSEN, State Bar No. 111956
KELLY A. WOODRUFF, State Bar No. 160235
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
dgloster@fbm.com
mpetersen@fbm.com
kwoodruff@fbm.com

Attorneys for Defendants
SKPM Corp., SSC&L 2007 Trust, Monterey Peninsula Farms, LLC, Scott Salyer, in his capacity as Trustee of the SSC&L 2007 Trust and the Scott Salyer Revocable Trust, Scott Salyer Revocable Trust and Fast Falcon, LLC

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK Foods, LP, a California limited partnership,<br><br>Debtor. | Case No. 09-29162<br><br>Chapter 11 |
| Bradley D. Sharp, Chapter 11 Trustee,<br><br>Plaintiff<br><br>v.<br><br>SKPM Corp., SSC&L 2007 Trust, Monterey Peninsula Farms, LLC, Scott Salyer, in his capacity as Trustee of the SSC&L 2007 Trust and the Scott Salyer Revocable Trust, Scott Salyer Revocable Trust and Fast Falcon, LLC,<br><br>Defendant. | Adversary Proceeding No. 11-02337<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

NOTICE OF APPEARANCE /
Adv. Case No. 11-02337

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned adversary proceeding as counsel for SKPM Corp., SSC&L 2007 Trust, Monterey Peninsula Farms, LLC, Scott Salyer, in his capacity as Trustee of the SSC&L 2007 Trust and the Scott Salyer Revocable Trust, Scott Salyer Revocable Trust and Fast Falcon, LLC ("Defendants"), pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 11 U.S.C. §1109(b), and requests that any notice directed to Defendants in this case be sent to the following address (preferably by email or other electronic means if possible), and that such address be added to the mailing matrix and any special or limited service lists used in this case:

> Deal Gloster, Esq.
> Mark Petersen, Esq.
> Kelly Woodruff, Esq.
> FARELLA BRAUN + MARTEL LLP
> 235 Montgomery Street, 18th Floor
> San Francisco, CA 94104
> Telephone: (415) 954-4400
> Facsimile: (415) 954-4480
> Email: dgloster@fbm.com
> mpetersen@fbm.com
> kwoodruff@fbm.com

Neither this notice of appearance nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct shall constitute a waiver of Defendants':

1. right to have any and all final orders in any and all non-core matters entered only after *de novo* review by a United States District Court Judge;

2. right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution;

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

3. right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

4. other rights, claims, actions, defenses, setoffs, recoupments or other matters to which Defendants are entitled under any agreements or at law or equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto CSSS LP without exception and with no purpose of confessing or conceding the jurisdiction or venue of the Court or venue of the case in any way by this filing.

Dated: August 5, 2011

FARELLA BRAUN + MARTEL LLP

By: /s/ *Kelly A. Woodruff*
Kelly A. Woodruff

Attorneys for Defendants
SKPM Corp., SSC&L 2007 Trust, Monterey Peninsula Farms, LLC, Scott Salyer, in his capacity as Trustee of the SSC&L 2007 Trust and the Scott Salyer Revocable Trust, Scott Salyer Revocable Trust and Fast Falcon, LLC