FILED
August 09, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003690555

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SK FOODS, L.P., a California limited partnership,<br>          Debtor.<br><br>BRADLEY D. SHARP, et al.<br>          Plaintiff,<br>vs.<br>SKPM Corp. Inc. et al.<br>          Defendant(s). | Bankruptcy Case No. 09-29162-D11<br><br>Adversary Proceeding No. 11-02337<br><br>**DECLARATION OF NONMILIRARY STATUS RE: REQUEST FOR ENTRY OF DEFAULT OF FAST FALCON LLC BY PLAINTIFF** |

I, Kevin W. Coleman, declare:

1. I am an attorney at law, duly admitted to practice before the bar of this Court. I am a partner with the law firm of Schnader Harrison Segal & Lewis LLP, counsel to Bradley D. Sharp ("Trustee"), Chapter 11 Trustee and Plaintiff in the above-entitled action. I submit this declaration in support of the Trustee's Application for Entry of Default against Defendant Fast Falcon, LLC filed on August 2, 2011 [Doc. No. 26], and in response to the Court's August 8, 2011 Memorandum [Doc. No. 30]. Except as otherwise noted, I make this declaration based upon my own personal knowledge. If called as a witness, I could and would competently testify hereto.

2. The defendant named in this request, Fast Falcon LLC, is not a natural person, nor to the best of my knowledge are any of its officers or interest holders members of the armed services or actively in service of the United States. Accordingly, Fast Falcon LLC is not entitled to the benefits of the Service Members Civil Relief Act of 2003. (50 App. U.S.C.A. 501 et seq.)

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge and belief. Executed this 9th day of August, 2011 at San Francisco, California.

                      */s/ Kevin C. Coleman*
                        Kevin C. Coleman

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785