FILED
September 07, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003753631

[2]

1  DEAN M. GLOSTER, State Bar No. 109313
   MARK D. PETERSEN, State Bar No. 111956
2  KELLY A. WOODRUFF, State Bar No. 160235
   FARELLA BRAUN + MARTEL LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA 94014
4  Telephone: (415) 954-4400
   Facsimile: (415) 954-4480
5  dgloster@fbm.com
   mpetersen@fbm.com
6  kwoodruff@fbm.com

7  Counsel for Defendants
   SK PM Corp., Monterey Peninsula Farms, LLC, and
8  Scott Salyer, in his capacity as Trustee of the Scott
   Salyer Revocable Trust

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| In re: | CASE NO.: 09-29162-D-11 |
|---|---|
| SK Foods, L.P., a California limited partnership, | Chapter 11 |
| Debtor. | |
| Bradley D. Sharp, Chapter 11 Trustee, | Adv. Proc. No. 11-02337 |
| Plaintiff | [DCN: SH-1] |
| v. | **DECLARATION OF JACOB STEIN IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE RE <u>PRELIMINARY INJUNCTION</u>** |
| SKPM Corporation, et al., | |
| Defendants. | |
| | Date: September 15, 2011 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 34 |
| | 501 "I" Street, 6th Floor |
| | Sacramento, CA |
| | Judge: Hon. Robert S. Bardwil |

I, Jacob Stein, declare:

1. I have personal knowledge of the matters stated herein and, if called and sworn as a witness, I could and would competently testify to the facts set forth herein.

2. I received a copy of the summons and complaint in the above-captioned adversary proceedings, as well as papers related to the motion for a temporary restraining order and order to show cause re preliminary injunction made by Bradley D. Sharp, Chapter 11 Trustee in the above-captioned matter.

3. Papers accompanying the documents described above stated that I was being served as a secretary for Fast Falcon, LLC.

4. I am not a secretary of Fast Falcon, LLC.

5. I assisted in the formation of Fast Falcon, LLC and, in that regard, signed an incumbency certificate, which was necessary for Fast Falcon, LLC to open a bank account.

6. To the extent I served as secretary of Fast Falcon, LLC, I resigned that position the day after signing the certificate.

7. Because I am not the manager of Fast Falcon, LLC and occupy no position in Fast Falcon, LLC, I am not authorized to receive any process or court documents on behalf of Fast Falcon, LLC.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of September, 2011, at Encino, California.

*/s/ Jacob Stein*

JACOB STEIN