4 PAGES

Richard S. E. Johns, SBN 053024
Law Offices of Richard S. E. Johns
57 Post Street, Suite 604
San Francisco, California 94104
(415) 781-8494

Attorneys For Fast Falcon, LLC
Appearing Specially And Not Admitting Jurisdiction

FILED
September 28, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003798896

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>SK FOODS, LP, a California limited partnership,<br><br>    Debtor. | Case No. 09-29162<br><br>Chapter 11 |
| Bradley D. Sharp, Chapter 11 Trustee,<br><br>    Plaintiff<br><br>v.<br><br>SKPM Corp., Inc., SSC & L 2007 Trust, Monterey Peninsula Farms, LLC, Fredrick Scott Salyer aka Scott Salyer in his capacity as Trustee of the Scott Salyer Revocable Trust and Trustee of the SSC&L 2007 Trust, Scott Salyer Revocable Trust, Fast Falcon, LLC, Henry John Heath, and Does 1-5,<br><br>    Defendants. | Adv. Pro. No. 11-2337<br><br>NOTICE OF APPEAL<br><br>BY FAST FALCON LLC |

Appearing specially and without admitting jurisdiction, Defendant Fast Falcon, LLC

appeals under 28 U.S.C. §158(a)(1), or in the alternative, under 28 U.S.C.[1] from the Preliminary Injunction entered September 15, 2011, by Judge Robert S. Bardwil, a true copy of which is attached as Exhibit A.

The name of the parties to the order being appealed, and names, addresses, and telephone numbers of their attorneys are listed on the attached appendix

Dated: September 28, 2011

                                      Respectfully submitted,

                                      /s/ Richard S. E. Johns
                                      Richard S. E. Johns
                                      Law Offices of Richard S. E. Johns
                                      Attorneys For Fast Falcon, LLC
                                      Appearing Specially And Not Admitting Jurisdiction

---

[1] Pursuant to the United States District Court's April 14, 2011, order, the bankruptcy judge's order may b appealed directly to the District Court.

# APPENDIX TO NOTICE OF APPEAL

| | |
|---|---|
| Scott Salyer<br>3903 Ronda Rd.<br>Pebble Beach, CA 93953<br>By US Mail | Robert Pruett<br>2593 Gillian Court<br>Pleasanton, CA 94566<br>By US Mail |
| Cary Collins<br>3450 21st Street<br>San Francisco, CA 94110<br>Email: cary@carycollins.com<br>By email | **Attorney for Cary Scott Collins**<br>Robert R. Moore<br>Allen Matkins<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111-4074<br>Email: rmoore@allenmatkins.com<br>By email |
| **Attorneys for CSSS, LP d/b/a Central Valley Shippers, Salyer American Fresh Foods, Fred Salyer Irrevocable Trust, Gerard Rose (per 02017 docket)**<br>Larry J. Lichtenneger<br>Lichtenneger Law Office<br>3850 Rio Road, Suite 58<br>Carmel, CA 93929<br>Email: lawyer@mbay.net<br>By email | **Attorneys for F. Scott Salyer**<br>Van C. Durrer II<br>Joseph McMullin<br>Ramon M. Naguiat<br>Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates<br>300 South Garnd Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>Email: van.durrer@skadden.com<br>Joseph.mcmullin@skadden.com<br>Ramon.naguiat@skadden.com<br>By email |
| **Attorneys for Scott Salyer individually and trustee of the Scott Salyer Revocable Trust and as trustee of the SSC&L 2007 Trust; the Scott Salyer Revocable Trust and the SSC&L 2007 Trust**<br>Malcolm S. Segal<br>Jamse R. Kirby, II<br>James P. Mayo<br>Segal & Kirby<br>770 L Street, Suite 1440<br>Sacramento, CA 95814<br>Email: msegal@segalandkirby.com<br>jkirby@segalandkirby.com<br>jmayo@segalandkirby.com<br>By email | **Attorneys for Scott Salyer individually and as trustee of the Scott Salyer Revocable Trust and as trustee of the SSC&L 2007 Trust; the Scott Sallyer Revocable Trust and the SSC&L 2007 Trust**<br>Steven H. Felderstein<br>Paul J. Pascuzzi<br>Tania M. Moyron<br>Felderstein Fitzgerald Willoughby & Pascuzzi LLP<br>400 Capitol Mall, Suite 1450<br>Sacramento, CA 95814<br>Email: sfelderstein@ffwplaw.com<br>ppascuzzi@ffwplaw.com<br>tmoyron@ffwplaw.com<br>By email |
| | |

| | |
|---|---|
| Attorneys for SK Foods, LLC, SK PM Corp., SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula 17 Farms, LLC, Monterey Peninsula Farming, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, 18 SSC Farms I, LLC SSC Farms II, LLC and SSC Farms III, LLC, SKF Aviation, LLC and CSSS, LP d/b/a Central Valley Shippers<br>Andrea M. Miller<br>James C Keowen<br>Nageley Meredith & Miller, Inc.<br>8001 Folsom Boulevard, Suite 100<br>Sacramento, CA 95826<br>Email: amiller@nmlawfirm.com<br>jimkeowen@nmlawfirm.com<br>By email | Attorneys for Chapter 11 Trustee, Bradley D. Sharp<br>Gregory C. Nuti<br>Kevin W. Coleman<br>Natalie Bush-Lents<br>Schnader Harrison Segal & Lewis LLP<br>One Montgomery Street, Suite 2200<br>San Francisco, CA 94104<br>Email: gnuti@schnader.com<br>kcoleman@schnader.com<br>nbush-lents@schnader.com<br>By email |
| Attorneys for Scott Salyer, individually and as Trustee of the Scott Salyer Revocable Trust, SK PM Corp., SK Foods, LLC, SKF Canning, LLC, Scott Salyer Revocable Trust, Blackstone Ranch Corporation, Monterey Peninsula Farms, Salyer Management Company, LLC, Monterey Peninsula Farming, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC SSC Farms II, LLC and SSC Farms III, LLC, SKF Aviation, LLC and CSSS, LP d/b/a Central Valley Shippers, Fast Falcon, LLC (per 2337 docket), Henry John Heath (per 02337 docket)<br>Dean Gloster, Esq.<br>Mark Petersen, Esq.<br>Kelly Woodruff, Esq.<br>Farella Braun + Martel LLP<br>235 Montgomery Street, 18th Floor<br>San Francisco, CA 94104<br>Email: dgloster@fbm.com<br>mpetersen@fbm.com<br>kwoodruff@fbm.com<br>By email | |

EXHIBIT A

2011-02337
FILED
September 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003769522

**4 PAGES**

Gregory C. Nuti (CSBN151754)
  gnuti@schnader.com
Kevin W. Coleman (CSBN 168538)
  kcoleman@schnader.com
Michael M. Carlson (CSBN 88048)
  mcarlson@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, California 94104-5501
Telephone: 415-364-6700
Facsimile: 415-364-6785

Attorneys for
Chapter 11 Trustee, Bradley D. Sharp

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | Case No. 09-29162-D-11 |
| SK FOODS, L.P., A CALIFORNIA LIMITED PARTNERSHIP, | Chapter 11 |
| DEBTOR. | |
| BRADLEY D. SHARP, et al., | Adv. Pro. No. 11-2337 |
| Plaintiff, | DC No. SH-1 |
| vs. | |
| SKPM CORP., INC., SSC & L 2007 TRUST, MONTEREY PENINSULA FARMS, LLC, FREDRICK SCOTT SALYER AKA SCOTT SALYER IN HIS CAPACITY AS TRUSTEE OF THE SCOTT SALYER REVOCABLE TRUST AND TRUSTEE OF THE SSC&L 2007 TRUST, SCOTT SALYER REVOCABLE TRUST, FAST FALCON, LLC, HENRY JOHN HEATH, AND DOES 1-5, | **PRELIMINARY INJUNCTION**<br><br>Date: September 15, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 34<br>501 I Street, 6th Floor<br>Sacramento, CA 95814<br>Judge: Hon. Robert S. Bardwil |
| Defendants. | |

RECEIVED
September 15, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003769522

INARY INJUNCTION

TO: DEFENDANTS SKPM CORP., INC., SSC & L 2007 TRUST, MONTEREY PENINSULA FARMS, LLC, FREDRICK SCOTT SALYER AKA SCOTT SALYER IN HIS CAPACITY AS TRUSTEE OF THE SCOTT SALYER REVOCABLE TRUST AND TRUSTEE OF THE SSC&L 2007 TRUST, SCOTT SALYER REVOCABLE TRUST, FAST FALCON, LLC IN THE ABOVE-CAPTIONED ADVERSARY PROCEEDINGS ("YOU") AND THEIR COUNSEL:

YOU, YOUR officers, YOUR agents, servants, employees and attorneys and those in active concert or participation with YOU or them (the "Enjoined Entities") ARE HEREBY RESTRAINED AND ENJOINED from selling, transferring, assigning, encumbering, dissipating, or moving: (a) the assets which are the subject matter of this adversary proceeding, specifically, but not limited to, 100 shares in SK Foods Australia Pty Ltd. ("Cedenco Stock") and the right to payment under an inter-company loan in the approximate amount of $18 million made by SK Foods, L.P. to SK Foods Australia Pty, Ltd. ("Inter-Company Loan") and/or the proceeds of same (hereinafter referred to collectively, the "Cedenco Assets"), (b) any rights any of the Enjoined Entities (or anyone claiming under or through them) hold or may hold in the Cedenco Assets, including but not limited to proofs of debt and proofs of equity interest asserted by Defendants, or any of them ("Defendants' Asserted Claims"), in the liquidation proceedings pending in Australia and New Zealand concerning SK Foods Australia Pty Ltd, Cedenco JV Australia Pty Ltd., and SS Farms Australia Pty Ltd. ("Cedenco Liquidation"), and (c) any proceeds, product, or offspring of any of the foregoing, including but not limited to distributions made on account of such proofs of debt or proofs of equity interest by John Sheahan and Ian Russell Lock ("Sheahan/Lock"), the joint liquidators appointed in the Cedenco Liquidation.

IT IS HEREBY ORDERED that Plaintiff Bradley D. Sharp ("Trustee") is authorized to seek recognition of this order by courts in any appropriate jurisdiction in Australia ("Australian Courts") and may request that the Australian Courts give effect to this order, including but not limited to enjoining and restraining Sheahan/Lock from making any distribution of assets in the Cedenco Liquidation to any of the Enjoined Entities (or anyone claiming under or through them) pending entry of a final judgment in this action or further order of this Court, regardless of whether any Enjoined Entities (or anyone claiming under or through them) are successful in establishing their rights to Defendants' Asserted Claims ("Australian Distribution").

1

PRELIMINARY INJUNCTION
Adv. Proc. No. 11-2337

IT IS FURTHER ORDERED THAT in the event the Australian Courts decline to implement or otherwise give effect to this order as set forth in the foregoing paragraph, the Trustee is authorized to seek modification of this order ("Modification Motion") to obtain any relief that may be necessary to prevent the transfer in Australia of the Australian Distribution to any of the Enjoined Entities (or anyone claiming under or through them), including but not limited to a request for appointment of a receiver to collect and hold the Australian Distribution if it is determined to be payable to any of the Enjoined Entities (or anyone claiming under or through them). The time for hearing on the Modification Motion is hereby shortened, as follows. The Court will hear the Modification Motion on any available date, provided that Defendants shall have at least seven (7) days after service of the Modification Motion to file and serve their opposition thereto. Any reply by the Trustee shall be filed five (5) days after service of the opposition, and a hearing will be conducted five (5) days thereafter. Service of the Modification Motion and related opposition and reply may be effected by electronic mail.

IT IS FURTHER ORDERED that this Injunction is entered on the 15th day of September 2011, upon consideration of the motion of Bradley D. Sharp, Chapter 11 Trustee of SK Foods, LP for a preliminary injunction, the submissions and declarations in support of that Motion, and the Opposition and submissions of the Defendants in response to that Motion, and after affording the parties a hearing, and good cause having been shown.

For the reasons that will be stated more fully in findings of fact and conclusions of law to be entered, the Court finds that the Trustee has demonstrated a likelihood of success on the merits of his claims in the above-captioned adversary proceeding. The Court further finds that the Trustee has demonstrated a likelihood of immediate, irreparable harm if the requested relief is not granted. The Court further finds that no other remedies would provide appropriate relief. The Court further finds that the balance of equities weighs in favor of granting an injunction and that an injunction is in the public interest.

This Injunction constitutes a continuation, without interruption, of the restraints and injunctions imposed upon the Enjoined Entities by this Court's September 1, 2011 Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction.

PRELIMINARY INJUNCTION
Adv. Proc. No. 11-2337

This Injunction shall continue in effect until modified or terminated by the Court.

Pursuant to Fed. R. Bankr. P. 7065, the Trustee is not required to file an undertaking, and this Injunction is immediately effective.

Dated: September 15, 2011

*Robert Bardwil*
Robert S. Bardwil, Judge
United States Bankruptcy Court

PIIDATA 3589066_1

| | |
|---|---|
| 1 | # PROOF OF SERVICE |
| 2 | I, Lauren Kawano, am a citizen of the United States and employed in the City and County of San Francisco. I am over the age of eighteen years and not a party to the within entitled action. My business address is 57 Post Street, Suite 604, San Francisco, California 94104. |
| 3 | |
| 4 | |
| 5 | September 28, 2011, I served the within document(s) entitled: |
| 6 | - **NOTICE OF APPEAL BY FAST FALCON LLC** |
| 7 | on the parties in said action by delivering a true copy thereof as indicated below, addressed as follows: |
| 8 | |
| 9 | See attached service list |
| 10 | |
| 11 | (X) BY MAIL: I placed such envelope(s) with postage thereon fully prepaid in the United States Mail. |
| 12 | (X) BY ELECTRONIC MAIL I delivered said documents via electronic mail to the addressee(s). |
| 13 | |
| 14 | I declare under penalty of perjury that the foregoing is true and correct. |
| 15 | Dated: September 28, 2011 |
| 16 | Lauren Kawano |

Proof of Service

SERVICE LIST

| | |
|---|---|
| Scott Salyer<br>3903 Ronda Rd.<br>Pebble Beach, CA 93953<br>By US Mail | Robert Pruett<br>2593 Gillian Court<br>Pleasanton, CA 94566<br>By US Mail |
| Cary Collins<br>3450 21st Street<br>San Francisco, CA 94110<br>Email: cary@carycollins.com<br>By email | **Attorney for Cary Scott Collins**<br>Robert R. Moore<br>Allen Matkins<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111-4074<br>Email: rmoore@allenmatkins.com<br>By email |
| **Attorneys for CSSS, LP d/b/a Central Valley Shippers, Salyer American Fresh Foods, Fred Salyer Irrevocable Trust, Gerard Rose (per 02017 docket)**<br>Larry J. Lichtenneger<br>Lichtenneger Law Office<br>3850 Rio Road, Suite 58<br>Carmel, CA 93929<br>Email: lawyer@mbay.net<br>By email | **Attorneys for F. Scott Salyer**<br>Van C. Durrer II<br>Joseph McMullin<br>Ramon M. Naguiat<br>Skadden, Arps, Slate, Meagher & Flom LLP & Affiliates<br>300 South Garnd Avenue, Suite 3400<br>Los Angeles, CA 90071-3144<br>Email: van.durrer@skadden.com<br>Joseph.mcmullin@skadden.com<br>Ramon.naguiat@skadden.com<br>By email |
| **Attorneys for Scott Salyer individually and trustee of the Scott Salyer Revocable Trust and as trustee of the SSC&L 2007 Trust; the Scott Salyer Revocable Trust and the SSC&L 2007 Trust**<br>Malcolm S. Segal<br>Jamse R. Kirby, II<br>James P. Mayo<br>Segal & Kirby<br>770 L Street, Suite 1440<br>Sacramento, CA 95814<br>Email: msegal@segalandkirby.com<br>jkirby@segalandkirby.com<br>jmayo@segalandkirby.com<br>By email | **Attorneys for Scott Salyer individually and as trustee of the Scott Salyer Revocable Trust and as trustee of the SSC&L 2007 Trust; the Scott Sallyer Revocable Trust and the SSC&L 2007 Trust**<br>Steven H. Felderstein<br>Paul J. Pascuzzi<br>Tania M. Moyron<br>Felderstein Fitzgerald Willoughby & Pascuzzi LLP<br>400 Capitol Mall, Suite 1450<br>Sacramento, CA 95814<br>Email: sfelderstein@ffwplaw.com<br>ppascuzzi@ffwplaw.com<br>tmoyron@ffwplaw.com<br>By email |

Proof of Service

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11 | Attorneys for SK Foods, LLC, SK PM Corp., SKF Canning, LLC, Blackstone Ranch Corporation, Monterey Peninsula 17 Farms, LLC, Monterey Peninsula Farming, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, 18 SSC Farms I, LLC SSC Farms II, LLC and SSC Farms III, LLC, SKF Aviation, LLC and CSSS, LP d/b/a Central Valley Shippers<br>Andrea M. Miller<br>James C Keowen<br>Nageley Meredith & Miller, Inc.<br>8001 Folsom Boulevard, Suite 100<br>Sacramento, CA 95826<br>Email: amiller@nmlawfirm.com<br>jimkeowen@nmlawfirm.com<br>By email | Attorneys for Chapter 11 Trustee, Bradley D. Sharp<br>Gregory C. Nuti<br>Kevin W. Coleman<br>Natalie Bush-Lents<br>Schnader Harrison Segal & Lewis LLP<br>One Montgomery Street, Suite 2200<br>San Francisco, CA 94104<br>Email: gnuti@schnader.com<br>kcoleman@schnader.com<br>nbush-lents@schnader.com<br>By email |
| 12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | Attorneys for Scott Salyer, individually and as Trustee of the Scott Salyer Revocable Trust, SK PM Corp., SK Foods, LLC, SKF Canning, LLC, Scott Salyer Revocable Trust, Blackstone Ranch Corporation, Monterey Peninsula Farms, Salyer Management Company, LLC, Monterey Peninsula Farming, LLC, Salyer Management Company, LLC, SK Farms Services, LLC, SK Frozen Foods, LLC, SS Farms, LLC, SSC Farming, LLC, SSC Farms I, LLC SSC Farms II, LLC and SSC Farms III, LLC, SKF Aviation, LLC and CSSS, LP d/b/a Central Valley Shippers, Fast Falcon, LLC (per 2337 docket), Henry John Heath (per 02337 docket)<br>Dean Gloster, Esq.<br>Mark Petersen, Esq.<br>Kelly Woodruff, Esq.<br>Farella Braun + Martel LLP<br>235 Montgomery Street, 18th Floor<br>San Francisco, CA 94104<br>Email: dgloster@fbm.com<br>mpetersen@fbm.com<br>kwoodruff@fbm.com<br>By email | |

Proof of Service